David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
chavezd@ballardspahr.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

# United States District Court

## District of Nevada

| | |
|---|---|
| Dawn Nelson,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMorgan Chase Bank, N.A.; and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No. 2:24-cv-01170-JCM-DJA<br><br>**Joint Motion to Extend Time for JPMorgan Chase Bank, N.A.. to Respond to Complaint**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("JPMC") response to plaintiff Dawn Nelson's complaint is due September 9, 2024. JPMC has requested, and plaintiff has agreed, that this deadline be extended up to and including October 1, 2024. There is good cause for the extension because it will provide time for the parties to continue exploring a potential resolution of their dispute without further litigation.

[continued on following page]

DMFIRM #413684975 v1

This is the first request for an extension, and it is not sought for the purposes of delay.

Dated: September 9, 2024

| BALLARD SPAHR LLP | LAWYER LLC |
|---|---|
| By: /s/ David E. Chavez<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: 702.471.7000<br><br>*Counsel for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ Amberlea Davis<br>Amberlea Davis<br>Nevada Bar No. 11551<br>415 S. Sixth St., Suite 300<br>Las Vegas, Nevada 89101<br><br>*Counsel for Dawn Nelson* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 11, 2024

2

DMFIRM #413684975 v1